IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICIA GARLAND, representative for the
Estate of David L. Kaufman,

    Plaintiff,

v.

AIR.COM, an Internet domain name, and
JOHN DOE,

    Defendants.

Civil No. 1:25-cv-01044 (LMB/WBP)

### ORDER

This action comes before the Court on Plaintiff Patricia Garland's Motion for Default Judgment seeking transfer of the Internet domain name AIR.com to Plaintiff. Having reviewed the Motion and the supporting documentation and determined that: (i) this Court has jurisdiction and service upon Defendant AIR.com was proper; and (ii) the Complaint alleges facts establishing all of the necessary elements of a claim for quiet title, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment shall be, and hereby is, GRANTED; and it is further

ORDERED that judgment is ENTERED by default in favor of Plaintiff Patricia Garland, acting as representative for the Estate of David L. Kaufman, and against the Defendant AIR.com domain name; and it is further

ORDERED that VeriSign, Inc., which is located in this District, is DIRECTED to change the registrar of record for the Defendant AIR.com domain name to Plaintiff's registrar of choice, GoDaddy.com LLC, and that GoDaddy.com LLC change the registrant of the Defendant AIR.com domain name to Plaintiff; and it is further

ORDERED that Plaintiff's claims against Defendant John Doe are DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to enter judgment in accordance with this Order, pursuant to Fed. R. Civ. P. 58, and to place this matter among the ended causes.

SO ORDERED this 26th day of September, 2025.

/s/
Leonie M. Brinkema
United States District Judge